U.S. DISTRICT COURT
N.D. OF N.Y.
FILED
OCT 2 6 2015
LAWRENCE K. BAERMAN, CLERK
ALBANY

EARL SWANIGAN
15 N. FRONT ST.
HUDSON, N.Y. 12534
518-697-9561

OCT, 25, 2015

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK.
445 BROADWAY
ALBANY, N.Y. 12207

1:15-CV-1272
TJM/DJS

GOOD DAY YOUR HONOR,
   I AM AN ARTIST FROM THE HUDSON VALLEY AREA. I WISH TO BRINGFORTH A LAWSUIT AGAINST KENNETH YOUNG, FINE ART AMERICA, 21 WATERS ST. GHENT N.Y 12075 AND ALSO FULFILLMENT CENTER 2103 BRENTWOOD ST. HIGH POINT NC 27263. I HAVE ASKED MR. YOUNG NOT TO SELL ANYTHING THING WITH MY IMAGES ON THEM. AS TO DATE HE HAS NOT ONLY REFUSED BUT HAS ENLISTED THE SERVICES OF A DISTRIBUTION COMPANY. THAT BEING "FULFILLMENT CENTER". THIS CENTER IS MASS PRODUCING MY IMAGES ON I PHONE CASES, GREETING CARDS, AND PORTRAITS. (PLEASE SEE ATTACHMENTS) MY IMAGES THAT ARE BEING SOLD WITHOUT MY PERMISSION IS A VIOLATION OF 17 U.S. CODE CHAPTER 5 COPYRIGHT INFRINGEMENT. I ALSO BELIVE THAT "FULFILLMENT CENTER" IS ALSO CULPABLE. REASON BEING, THEY HAVE A OBLIGATION TO MAKE SURE THAT THE ART WORK THAT THEY ARE A PARTIE TO SELLING HAS THE PERMISSION OF THE ARTIST TO BE SOLD AND NOT JUST TAKE THE WORD OF ANYONE THAT BRINGS IN ITEMS TO MASS PRODUCE.
I AM SEEKING DAMAGES IN THE AMOUNT OF TWO HUNDRED THOUSAND DOLLARS ($200,000.00)
I THANK YOU FOR YOUR TIME AND I HOPE THE DEFENDANTS AND I CAN BRING THIS TO A AMICABLE RESOLVE.

SINCERELY

EARL SWANIGAN

*Earl Swanigan*



fine art america
fineartamerica.com

Earl
Kenneth Young
kenneth-young.fineartamerica.com



(http://kenart56.files.wordpress.com/2013/11/earl.jpg)
Earl 30×24 price: $4,000.



(http://kenart56.files.wordpress.com/2013/01/baba-louies.jpg)

Casual Observer 16×20 sold



(http://kenart56.files.wordpress.com/2013/10/waiting-at-the-spotty-dog.jpg)
Waiting at the Spotty Dog oil 18×24 price: $2,500.




sign up | log in

SUNDAY, OCTOBER 25, 2015   2:36 AM LOCAL TIME   44°F / 7°C

| LOCAL | REGIONAL | GLOBAL |

| FRONT PAGE | GROUPS | DIRECTORY | CALENDAR | BLOGS | FAQ |
| MULTIMEDIA | NEWCOMERS | CLASSIFIEDS | TODAY'S EVENTS | NEWSFEEDS | ADVERTISE |
| WIKI | MILESTONES | VOLUNTEER | WEATHER | LOCAL LINKS | BACK FENCE |

**Claverack, New York**                                                    Post

SEARCH



Local culture | Local living | Soft news
6 November 2014 11:21PM

# Ken Young's Warren St. opens Nov. 8th at Neumann Fine Art, Hillsdale

by Jeffrey Neumann / Neumann Fine Art (posted by Jeffrey Neumann)



Hillsdale: Thirteen oil paintings on the subject of Warren Street, Hudson, NY by artist Ken Young will be featured in an exhibition at Neumann Fine Art from November 8th to December 6, 2014. The public is invited to an opening reception for the artist at 6:00 pm Saturday November 8th.

This solo show is the culmination of several years of work in which the artist explores the passage of light, shadow, and rich color as folks go about their everyday activities on Hudson's most celebrated street. In the creation of this series Young developed a unique signature style inspired by looking at the street through a rain streaked windshield.

"Many artists have painted Warren Street scenes, however none have illuminated the slice-of-life beauty of Hudson, NY so deeply and compassionately as Ken Young. The

ADD YOUR COMMUNITY
VISIT COMMUNITIES

**LOCAL**
Hard news
Soft news
Tech
Politics/Government
Business/Growth
Environment
Local food/farms
Local culture
Local living
Kids and Schools
Fiction/Memoir
Body/Soul



**ADVERTISE ON IMBY**
It's so easy and affordable to promote your business on **imby**. Click Advertise, and discover a range of options that you yourself can execute and post online in minutes.

**What's imby?**
**Imby** is the **local social** network—a virtual community designed to build real community.
**Imby** is citizen journalism on the local level. Any registered user can post articles, photos, videos, comments, listings, announcements, blogs and free classifieds. Any local business or organization can post a free directory listing and an affordable ad.
**Imby** supports all things local—food, farms, business, culture, schools, government.
**Imby** is now in Columbia County, New York. We'll soon be adding communities in the region, until **Imby** opens to anyone anywhere who wants to start an **Imby** site in their own back yard.
**Imby** global—professional journalism relevant to life in community—coming soon.

**Top local imby blogs**
1  Notes from Willowdale Farm
2  To Russia With Love!
3  America viewed from Costa Rica
4  Kingdom Arts Ministry
5  http://newchristianiconsblog.wordpress.com
6  The Farm at Miller's




